UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00312

**Cory Donn Kellison,**
*Plaintiff,*

v.

**William J. Wheat et al.,**
*Defendants.*

### ORDER

Plaintiff Cory Donn Kellison, proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love, who issued a report and recommendation (Doc. 17) recommending that plaintiff's motion for preliminary injunction (Doc. 13) be denied for failing to meet the necessary prerequisites for a preliminary injunction under Federal Rule of Civil Procedure 65. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Doc. 17. For the reasons stated in the report, plaintiff's motion for preliminary injunction (Doc. 13) is denied.

So ordered by the court on March 3, 2022.

J. CAMPBELL BARKER
United States District Judge