UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00312

**Cory Donn Kellison,**
*Plaintiff,*

v.

**William J. Wheat et al.,**
*Defendants.*

### ORDER

 Plaintiff Cory Donn Kellison, an inmate confined at the Texas Department of Criminal Justice's Michael Unit, proceeding pro se, filed this lawsuit complaining of alleged violations of his rights pursuant to 42 U.S.C. § 1983. Doc. 1. This case was referred to United States Magistrate Judge John D. Love. On March 23, 2023, Judge Love issued a report recommending that plaintiff's action be dismissed with prejudice for failure to state a claim upon which relief may be granted. Doc. 40. A copy of that report and recommendation was sent to plaintiff at his address with an acknowledgement card. The docket reflects that plaintiff received a copy of the report on March 29, 2023. Doc. 41. No objections to the report and recommendation have been filed.

 When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation.

*So ordered by the court on May 19, 2023.*

J. CAMPBELL BARKER
United States District Judge